UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAHBI HMIDHI,

    Plaintiff,

v.

ALBERTO R. GONZALES, et al.,

    Defendants.

CASE NO. C06-634JLR

AMENDED SHOW CAUSE ORDER

This order amends and supersedes the court's previous order to show cause (Dkt. # 2). The court has reviewed the petition for naturalization filed by Plaintiff (Dkt. # 1). The court orders Defendants to show cause within 30 days of being served in this action why the court should not grant Sahbi Hmidhi's application for naturalization by the authority of the Immigration and Nationality Act, which confers jurisdiction to this court to compel agency action on a naturalization application or make a ruling on the merits "[i]f there is a failure to make a determination . . . before the end of the 120-day period after the date on which the examination is conducted . . . ." 8 U.S.C. § 1447(b). Defendants shall respond to this order with a written pleading that states: (1) all reasons that Plaintiff's naturalization application has not been approved; (2) all reasons that the court should not approve the application immediately; and, if appropriate (3) a proposed plan for promptly deciding Plaintiff's naturalization application.

//

//

SHOW CAUSE ORDER – 1



06-CV-00634-ORD

1 | Plaintiff shall serve this order on each defendant.

2 | Dated this 30th day of May, 2006.

*[signature]*

JAMES L. ROBART
United States District Judge

26 | SHOW CAUSE ORDER – 2